UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRY MACKALL,

       Petitioner,                      Case No. 5:04-CV-200

v.                                     Hon. Richard Alan Enslen

CARMEN PALMER,

       Respondent.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. Petitioner filed a motion for enlargement of time to file objections, which was granted, and Petitioner's time to file objections was enlarged until December 20, 2007. No objections have been filed.

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 9, 2007, is APPROVED and ADOPTED as the Opinion of the Court.

      **IT IS FURTHER ORDERED** that Petitioner's application is **DISMISSED** for the reason(s) stated in the Report and Recommendation.

      **IT IS FURTHER ORDERED that a certificate of appealability is denied as to each issue raised by Petitioner.**

Dated in Kalamazoo, MI:          /s/Richard Alan Enslen_____
January 4, 2008                  Richard Alan Enslen
                            Senior United States District Judge